```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2751
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  Mag. No. 2:87-mj-824
                                 )
12           Plaintiff,          )
                                 )  MOTION TO DISMISS CRIMINAL
13  v.                           )  COMPLAINT AND ORDER
                                 )
14  ALFREDO REYES REYES,         )
                                 )
15           Defendant.          )
                                 )
16  _____)
```

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, Plaintiff United States of America, by and through Assistant U.S. Attorney Jason Hitt, moves this Honorable Court to dismiss without prejudice the Criminal Complaint and arrest warrant in Mag. No. 2:87-mj-824.  This motion is made because on or about October 14, 2011, the defendant named in this Criminal Complaint was transferred to the custody of law enforcement officials in San Joaquin County based upon an extradition request honored by the Country of Mexico.  The defendant will now face pending rape and murder charges in San Joaquin County Superior Court.

/ / /

/ / /

1

Based upon the need for the defendant to face more serious pending state charges, the United States respectfully requests that this Honorable Court dismiss the pending Criminal Complaint and arrest warrant in the interests of justice and pursuant to Rule 48 of the Federal Rules of Criminal Procedure.

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: October 14, 2011        By:/s/Jason Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney

**O R D E R**

For the reasons set forth in the government's motion to dismiss the Criminal Complaint, **IT IS HEREBY ORDERED:**

The Criminal Complaint and arrest warrant in Mag. No. 2:87-mj-824 are hereby DISMISSED without prejudice pursuant to Rule 48 of the Federal Rules of Criminal Procedure.

Dated: October 14, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE